# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

John Moran,                        Civil No. 09-1120 (RHK/SRN)

           Plaintiff,           **ORDER OF DISMISSAL WITHOUT PREJUDICE**

vs.

Implant Sciences Corporation and C-Acquision Corp., d/b/a Core Systems Inc., a division of Implant Sciences Corporation,

           Defendant.

_____

The Court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**, with the Court reserving jurisdiction for sixty (60) days to permit either party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment. If no action outlined above is taken by any party within sixty (60) days, the Court shall dismiss this action with prejudice without costs or attorneys' fees to any party.

Dated: September 22, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge